## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GARY LEON WEBSTER**                                      **PLAINTIFF**
**ADC #114018**

v.                                        **No. 3:21-cv-3-DPM**

**CHARLENE HENRY, Deputy,**
**PROSECUTING ATTORNEY**                            **DEFENDANT**

### ORDER

**1.** Application to proceed *in forma pauperis*, *Doc. 1*, denied. Webster is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g.*, *Webster v. Does*, No. 3:19-cv-59-DPM; *Webster v. Pigg*, No. 3:19-cv-60-DPM; *Webster v. Days Inn Motels, Inc.*, No. 3:19-cv-78-DPM. And nothing in Webster's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

**2.** If Webster wants to pursue this case, then he must pay $402 filing and administrative fees and file a motion to reopen the case by 12 February 2021. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

DPMarshall Jr.

D.P. Marshall Jr.
United States District Judge

13 January 2021