IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                PLAINTIFF
ADC #114018

v.                          No. 3:21-cv-3-DPM

CHARLENE HENRY, Deputy,
PROSECUTING ATTORNEY                                             DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*[signed]* D.P. Marshall Jr.
United States District Judge

13 January 2021